**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

ELECTRONICALLY FILED
Nov 08 2019
U.S. DISTRICT COURT
Northern District of WV

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Ohio County Circuit Court**
**Case No.: 19-C-271**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

**5:19-CV-305 (Bailey/Mazzone)**

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Jesse Howard, ("Defendant") hereby removes this civil action from the Circuit Court of Ohio County, West Virginia. In support of this notice of removal, the Defendant states that this court has original federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as follows:

## I. BRIEF PROCEDURAL SUMMARY

Plaintiff filed this Complaint on or about October 21, 2019. A certified copy of the record is attached as Exhibit A. Defendant Howard's employer received this Complaint on October 22, 2019. The return service documents from the Ohio County Circuit Clerk are attached as Exhibit B. Accordingly, removal is within 30 days after the attempt at service, and therefore proper under 28 U.S.C. § 1446(b)(1).

## II. LEGAL ANALYSIS

### a. Plaintiff's Complaint alleges clear federal questions which are properly before this Court.

Plaintiff's Complaint, at Count 1, claims that he was falsely imprisoned "without warrant or due process of law." Count 2 claims that he was falsely imprisoned "under the law of the land."

Count 3 claims that he suffered "assaults and batteries upon his person." Plaintiff further "clarifies" his claims with a "Memorandum of Law on Breach of Duty," presented as part of the Complaint, wherein he cites reams of selected case law from around the country in support of his position that Defendant breached his duties to him. In that Memorandum, he also claims, among many other things, that his "due process of law rights which are protected through Constitution, and Bill of rights, were impinged upon," that "Due Process of Law" conveys the same meaning as the "Magna Charta," and that Defendant "violated Petitioner Shawn O. Bumpass common law right to due process of law according to Federal and State Constitution." Pl.'s Memo. of Law on Breach of Duty, p. 2, ¶ 7, p. 3, ¶¶ 5-6.

28 U.S.C. § 1331 grants federal courts original jurisdiction over "civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's assertion of multiple "claims" under the United States Constitution, including what appears to be a 14th Amendment Due Process claim, meet the requirements for federal question jurisdiction and for removal. To the extent that these claims are claims at all, they are federal claims and thus subject to the jurisdiction of this Court. *See, e.g.*, *Taylor v. Ohio Cty. Comm'n*, No. 5:17-CV-148, 2017 WL 5761610, at *5 (N.D.W. Va. Nov. 28, 2017), *Lymer v. City of Clarksburg*, No. 1:15CV136, 2017 WL 958107, at *2 (N.D.W. Va. Mar. 10, 2017), *aff'd*, 698 F. App'x 115 (4th Cir. 2017).

**b. Plaintiff's state-law claims may also be heard by this Court pursuant to its supplemental jurisdiction.**

As above, Plaintiff also appears to allege claims under the West Virginia Constitution. This court may also take jurisdiction over these claims pursuant to the supplemental jurisdiction granted it under 28 U.S.C. § 1367(a).

28 U.S.C. §1367(a) grants this Court supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the

same case or controversy." *Wisconsin Dep't of Corr. v. Schacht*, 524 U.S. 381, 387 (1998). Further, 28 U.S.C. § 1441(c) explicitly provides discretionary removal jurisdiction over an entire case when a federal claim is accompanied by even a "separate and independent" state law claim. *Id*; *see also City of Chicago v. International College of Surgeons*, 522 U.S. 156 (1997).

Here, Plaintiff's state law allegations are, somewhat obviously, inextricably tied to the facts of Plaintiff's federal claims, as he alleges due process violations of both the State and Federal constitutions. This Court accordingly has the ability to hear all claims in this matter via supplemental jurisdiction, and should do so to avoid duplicative and time-consuming simultaneous litigation in state court.

No admission of law or fact is intended by the filing of this notice of removal, and all defenses, affirmative defenses, and motions are hereby preserved. The right to supplement this notice of removal, or to present additional arguments in support of said removal or of this Court's jurisdiction and the insufficiency of service of process are hereby reserved. Written notice of the filing of this notice of removal will be given to Plaintiff and to the Clerk of the Circuit Court of Ohio County pursuant to 28 U.S.C. § 1446(d), and said Clerk will be requested to submit a certified copy of the state court record to this Court for filing.

WHEREFORE, Defendant hereby removes this action from the Circuit Court of Ohio County, West Virginia, to the United States District Court for the Northern District of West Virginia.

JESSE HOWARD,
By Counsel.

Thomas E. Buck, Esq.
WV ID #6167
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003

Telephone: (304) 233-3100
Fax: (304)233-0102
tbuck@baileywyant.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Ohio County Circuit Court**
**Case No.: 19-C-271**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

## CERTIFICATE OF SERVICE

Service of the foregoing **NOTICE OF REMOVAL** was had upon the following by electronically filing through the Court's CM/ECF system on this 8th day of November, 2019:

Shawn O Bumpass
33 Elm Street
P.O. Box 593
Ellsworth, PA 15331

Donald Tennant, Esq.
West Virginia Bar No. 3718
TENNANT LAW OFFICES
38 Fifteenth Street, Suite 100
Wheeling, WV 26003
Phone: (304) 230-3200
Email: don@tennantlaw.com

Thomas E. Buck, Esq.
WV ID #6167
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003
Telephone: (304) 233-3100
Fax: (304)233-0102
tbuck@baileywyant.com