**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Case No.: 5:19-cv-00305**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

**DEFENDANT HOWARD'S MOTION TO DISMISS**

NOW COMES the Defendant, Jesse Howard, by and through undersigned counsel Thomas E. Buck, Esq., Benjamin P. Visnic, Esq., and the law firm of Bailey & Wyant, PLLC, and for his Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), state the following:

1. Plaintiff fails to state a claim for false imprisonment.
2. No warrant is necessary to subject a DUI suspect to field sobriety tests or to arrest someone for failing to participate in that testing.
3. Plaintiff was brought before a magistrate hours after he was arrested, and his claim that he was not brought before a proper Judge or Court is without merit.
4. Plaintiff fails to state a claim for assault and battery.
5. Plaintiff's claims are copied wholesale from a psudo "legal treatise," are patently frivolous, and fail to state any claim upon which relief can be granted.
6. Plaintiff's Sovereign-Citizen style claims are patently frivolous and fail to state a claim upon which relief can be granted.
7. Defendants are immune from Plaintiff's claims.

In support of this Motion, Defendant incorporates by reference his supporting memorandum filed contemporaneously herewith.

**WHEREFORE**, Defendant moves this Court to DISMISS all of Plaintiff's claims with prejudice, and for any and all other relief this Court deems appropriate.

JESSE HOWARD,
By Counsel.

Thomas E. Buck, Esq.
WV ID #6167
Benjamin P. Visnic, Esq.
WV ID #12289
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003
Telephone: (304) 233-3100
Fax: (304)233-0102
tbuck@baileywyant.com
bvisnic@baileywyant.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Case No.: 5:19-cv-00305**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

**CERTIFICATE OF SERVICE**

Service of the foregoing **DEFENDANT HOWARD'S MOTION TO DISMISS** was had upon the following by electronically filing through the Court's CM/ECF system on this 11th day of November, 2019:

Shawn O Bumpass, *Pro Se*
33 Elm Street
P.O. Box 593
Ellsworth, PA 15331

Donald Tennant, Esq.
TENNANT LAW OFFICES
38 Fifteenth Street, Suite 100
Wheeling, WV 26003
Phone: (304) 230-3200

Thomas E. Buck, Esq.
WV ID #6167
Benjamin P. Visnic, Esq.
WV ID #12289
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003
Telephone: (304) 233-3100
Fax: (304)233-0102
tbuck@baileywyant.com
bvisnic@baileywyant.com