**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Case No.: 5:19-cv-00305**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

**DEFENDANT JESSE HOWARD'S FED. R. CIV. P. 26(a) DISCOVERY DISCLOSURES**

COME NOW the Defendant Jesse Howard, by counsel, Thomas E. Buck, Esq., Benjamin P. Visnic, Esq., and the law firm of Bailey & Wyant, PLLC, and submit their required Fed. R. Civ. P. 26(a) disclosures, as follows:

**A. Individuals likely to have discoverable information**

1. **Jesse Howard**
City of Bethlehem Police Department
1 Community Park Road
Wheeling, West Virginia 26003
(304) 233-9527

2. **James Wetzel**
Ohio County Sheriff's Department
51 16th St.
Wheeling, West Virginia 26003
(304) 234-3680

3. **David Frey**
Ohio County Sheriff's Department
51 16th St.
Wheeling, West Virginia 26003
(304) 234-3680

Defendant anticipates that all three of the officers present at the scene will testify in accordance with the various police reports filed in this matter. In short, they are anticipated to testify that Plaintiff was pulled over because dispatch received a call that a vehicle meeting Mr.

Bumpass' vehicle's description was swerving and driving erratically, and that Howard observed Plaintiff driving in the middle of the highway, taking up both lanes, and swerving over the fog line on the left and right. They are also expected to testify that Plaintiff appeared intoxicated, that his vehicle contained empty bottles of alcohol, that Plaintiff admitted to taking shots of liquor, and that he smelled of alcohol. The officers are further expected to testify that Plaintiff refused to perform any field sobriety tests, failed to take a breathalyzer, and that he was eventually taken to the NRJ pending arraignment in accordance with basic police procedure.

**4. Representative of Mag. Patricia L. Murphy's office staff**

Ohio County Magistrate Court
26 Fifteenth Street
Wheeling, WV 26003
(304) 234-3672

Defendant anticipates that a representative from Mag. Murphy's office will confirm that Plaintiff made his initial appearance and was ordered committed to the NRJ by approximately 9:59 a.m., less than ten hours after his initial traffic stop, if necessitated by Plaintiff's prosecution of his claim.

**B. Documents and tangible things**

Defendant does not possess any non-public documents in its possession, custody, or control which it intends to use to support its defenses at this time. However, in the interest of completeness, please find attached the publicly-available criminal file for Plaintiff's case at Bates No. 000001 to 000249 as of November 4, 2019. Should any additional documents become available, Defendant will supplement this disclosure as appropriate.

**C. Insurance agreement**

1. Defendant is in the process of obtaining the insurance agreement applicable to this matter. Defendant will supplement this disclosure with the agreement once it becomes available.

JESSE HOWARD,
By Counsel

Thomas E. Buck, Esq.
W. Va. Bar Id # 6167
Benjamin P. Visnic, Esq.
W. Va. Bar Id # 12289
Bailey & Wyant, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
Phone: (304) 233-3100
Fax: (304) 233-0201
tbuck@baileywyant.com
bvisnic@baileywyant.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

**SHAWN O BUMPASS,**
**Plaintiff,**

**v.**

**Case No.: 5:19-cv-00305**

**JESSE HOWARD,**
**JAMES WETZEL, and**
**DAVID FREY,**
**Defendants.**

## CERTIFICATE OF SERVICE

Service of the foregoing **DEFENDANT JESSE HOWARD'S FED. R. CIV. P. 26(a) DISCOVERY DISCLOSURES** was had upon the following by electronically filing a true and correct copy thereof by using the Court's CM/ECF system, this 8th day of January, 2020.

Shawn O Bumpass, *pro se*
33 Elm Street
P.O. Box 593
Ellsworth, PA 15331

Donald Tennant, Esq.
TENNANT LAW OFFICES
38 Fifteenth Street, Suite 100
Wheeling, WV 26003
Phone: (304) 230-3200

Thomas E. Buck, Esq.
W. Va. Bar Id # 6167
Benjamin P. Visnic, Esq.
W. Va. Bar Id # 12289